UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OZHAWAASKOO GIISHIG,                                    Civil No. 09-3647 MJD/AJB

      Plaintiff,

      v.                                               O R D E R

DEBRA JAMES, et al.,

      Defendants.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated March 25, 2010. An objection filed on April 2, 2010 with the Court indicates U.S. Marshal Forms were requested. Forms were mailed to you on February 11, 2010 and February 25, 2010. All motions are hereby considered terminated.

IT IS HEREBY ORDERED that:

This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: April 6, 2010.

                                                                 s/Michael J. Davis
                                                                 Michael J. Davis
                                                                 Chief Judge
                                                                 United States District Court